IN THE UNITED STATES COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSS RIVIELLO            : | |
|    plaintiff       : | |
| v.                       : | No. 3:19-cv-216-ARC |
| BARCLAYS BANK DELAWARE   : | |
|    defendant      : | CIVIL ACTION - LAW |
|                               : | CLASS ACTION |
|                               : | JURY TRIAL DEMANDED |

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), and with the matter settled to the satisfaction of both parties, Plaintiff Ross Riviello hereby voluntarily dismisses the above action With Prejudice, with no costs or attorneys' fees assessed on either party.

Respectfully submitted,

Date: 10/9/2019

/s/ Joseph T. Sucec, Esq.
_____

Joseph T. Sucec, Esq.
Attorney for Plaintiff
PO Box 317
Grantham, PA 17027
717-315-2359
joesucec@comcast.net
PA74482